UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Bynum Trivett – 1:22-cv-00311

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: April 8, 2025

| | |
|---|---|
| */s/ John T. Kirtley, III*_____ | */s/ Andrea R. Pierson*_____ |
| John T. Kirtley, III | Andrea Roberts Pierson |
| Ferrer Poirot Feller | Faegre Drinker Biddle & Reath LLP |
| 2603 Oak Lawn Ave., Suite 300 | 300 North Meridian Street, Suite 2500 |
| Dallas, Texas 75219 | Indianapolis, Indiana 46204 |
| Telephone: (214) 521-4412 | Telephone: (317) 237-0300 |
| Facsimile: (866) 513-0115 | Facsimile: (317) 237-1000 |
| Email: jkirtley@lawyerworks.com | Email: andrea.pierson@faegredrinker.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on April 6, 2025, a true and accurate copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system upon all registered Parties.

*/s/ Andrea Roberts Pierson*