UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> ACKNOWLEDGED. Case is dismissed with prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 4/08/2025

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Bynum Trivett – 1:22-cv-00311

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  April 8, 2025

| | |
|---|---|
| /s/ John T. Kirtley, III | /s/ Andrea R. Pierson |
| John T. Kirtley, III | Andrea Roberts Pierson |
| Ferrer Poirot Feller | Faegre Drinker Biddle & Reath LLP |
| 2603 Oak Lawn Ave., Suite 300 | 300 North Meridian Street, Suite 2500 |
| Dallas, Texas 75219 | Indianapolis, Indiana 46204 |
| Telephone:  (214) 521-4412 | Telephone: (317) 237-0300 |
| Facsimile:  (866) 513-0115 | Facsimile:  (317) 237-1000 |
| Email:  jkirtley@lawyerworks.com | Email:  andrea.pierson@faegredrinker.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |